**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-177 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| NELSON ESPINOZA, | |
| Defendant(s). | |

Presently before the court is the case of *United States of America v. Nelson Espinoza*, case number 2:12-cr-00177-JCM-VCF.

On February 17, 2015, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. # 56). The parties have reached an agreement concerning a discretionary sentence reduction.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers. (Doc. # 56-1). The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution. Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

The parties jointly request, for purposes of this court's adjudication of defendant's pending motion under 18 U.S.C. § 3582(c)(2), that the court direct the United States probation office to submit an addendum to the presentence investigation report (PSR), confirming defendant's revised guidelines imprisonment range and describing any public safety factors (including defendant's

institutional history) relevant to this joint stipulation and discretionary relief under 18 U.S.C. § 3582(c)(2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Nelson Espinoza be, and the same hereby is, GRANTED a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

IT IS FURTHER ORDERED that defendant's sentence of imprisonment is reduced to 30 months' imprisonment. All other provisions of the judgment dated July 5, 2013, are to remain in effect. The effective date of defendant's sentence reduction shall be November 1, 2015.

IT IS FURTHER ORDERED that the United States probation office shall submit an addendum to the presentence investigation report consistent with the foregoing by Monday, June 8, 2015.

DATED March 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**