AO 247 (Rev.  11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nelson Espinoza | ) |
| | ) |
| Date of Original Judgment: _07/02/2013_ | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:   2:12-cr-177-JCM-VCF

USM No:   46802-048

LUIS ROJAS
*Defendant's Attorney*

## ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion/stipulation of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____37_____ months **is reduced to** _____30 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____07/05/2013_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 18, 2015

_____
*Judge's signature*

Effective Date:   11/01/2015
*(if different from order date)*

James C. Mahan, U.S. District Judge
*Printed name and title*

(Rev. for NVD 02/15)