# United States District Court
## for
## the District of Nevada

# REQUEST FOR TRAVEL OUTSIDE
# THE CONTIGUOUS UNITED STATES

Name of Offender: **Nelson Luis Espinoza**

Case Number:  **2:12CR00177**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **July 2, 2013**

Original Offense: **Possession of Controlled Substance with Intent to Distribute**

Original Sentence: **37 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **December 4, 2015**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

Espinoza is requesting to travel to Mexico to spend time with his family for a reunion during the holidays. He indicated he plans to leave Las Vegas, NV on December 17, 2017, stay with his family in Mexico and return to Las Vegas, NV on January 7, 2017. Espinoza would be staying with his grandparents, Fortino and Marta Espinoza, at in a residential community in Huapeo, Municipal De Huaniqeo Michoacan, 58364. He noted the actual house where he will be staying does not have an address, but the aforementioned address describes the "community" that his grandparent's house is located in.

Espinoza is currently a low-risk offender, maintains employment, and has not submitted any positive drug tests. With the exception of a report to the Court from September 2016 regarding multiple missed drug tests, Espinoza has remained in compliance with his conditions of supervision. Espinoza has no outstanding financial obligations and will be traveling with his family via their personal vehicle.

Although the offender is requesting travel for three weeks, our office respectfully recommends the offender be allowed to travel to Mexico for no more than two weeks. He reported the travel time via personal vehicle is 34 hours each way, which was verified via google maps. Espinoza is aware, that should the Court oppose his requested travel, he will be required to remain in the

district during the requested travel times. Should the Court need any further information regarding the requested travel, please do not hesitate to contact the undersigned.

Respectfully submitted,

Kamuela K Kapanui
United States Probation Officer

Approved:

Todd J. Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

X    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

Signature of Judicial Officer

December 14, 2017
Date